# Court of Appeals, State of Michigan

## ORDER

People of MI v Paul Audre Holt

Docket No. 316419

LC No. 12-020099-FH

Christopher M. Murray
Presiding Judge

Pat M. Donofrio

Stephen L. Borrello
Judges

The Court orders that the motion for reconsideration is GRANTED, and this Court's opinion issued September 16, 2014 is hereby VACATED. A new opinion is attached to this order.

A true copy entered and certified by Jerome W. Zimmer Jr., Chief Clerk, on

OCT 28 2014
Date

Chief Clerk